# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**  
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse  
35 East Mountain, Room 319  
Fayetteville, Arkansas 72701  
479-442-9892  
Fax -479-442-5276

November 6, 2007

Honorable Jimm Larry Hendren  
Chief U.S. District Judge  
John Paul Hammerschmidt Federal Building  
35 East Mountain Street, Suite 559  
Fayetteville, Arkansas 72701

U.S. DISTRICT COURT  
WESTERN DISTRICT ARKANSAS  
FILED

NOV 6 2007

CHRIS R. JOHNSON, CLERK  
BY _____  
DEPUTY CLERK

RE:   **WALLACE, Frank Jeremy**  
     **Dkt. No. 5:07CR50012-001**  
     **BOND VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the Court's guidance on the above case. On April 17, 2007, Frank Wallace made his initial appearance before the Honorable James R. Marschewski, U.S. Magistrate Judge. Wallace was released to pretrial services supervision with a number of special conditions that include: refrain from the use of controlled substances and submit to drug testing; have no internet access; search conditions; and home detention with electronic monitoring. On July 30, 2007, the defendant entered a guilty plea before Your Honor, for the charge of knowing receipt of child pornography. The defendant was allowed to remain on his existing bond pending sentencing.

On October 5, 2007, a urine specimen was collected in response to the defendant's drug testing condition. Kroll Laboratories tested the specimen and the specimen was positive for marijuana metabolite. On November 5, 2007, I contacted the defendant and he admitted to using marijuana. The same day I was contacted by the Benton County Sheriff's Office regarding this defendant. They advised that they had information that Wallace had been using a neighbor's wireless internet and posting child pornography on the Internet.

On November 6, 2007, a home visit was conducted at Wallace's residence. During the visit, Wallace admitted to using the internet and admitted to smoking marijuana. Due to the above facts, it is respectfully recommended that a warrant be issued and a hearing be held to show cause why the defendant's bond should not be revoked. Should further information be needed or required, please advise.

Respectfully,

*Trent M. Thompson*  
Trent M. Thompson  
U.S. Probation Officer

Reviewed by:

*Donna R. Brown*  
Donna R. Brown  
U.S. Probation Officer

\_\_\_\_\_  Issue a Warrant

\_\_\_\_\_  Other

_____  
_____  
_____  11/6/07  
Honorable Jimm Larry Hendren     Date  
Chief U.S. District Judge